IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RENARD T. COLLIER, Pro Se )
Petitioner )
) Case No. 4:20-CR-00272-HFS-1
)
v. ) District Court Judge:
) Howard Sachs
UNITED STATES OF AMERICA, )
Respondent )

---

REQUEST REVIEW PURSUANT TO
28 U.S.C. 2255 PETITION TO CORRECT
SENTENCE AND AMEND JUDGEMENT

## "JURISDICTION"

This Court has jurisdiction pursuant to 28 U.S.C. 1331 to resolve the matter here within.

## "Pro Se"

Pursuant to "Haines v Kerner, 404 U.S. 519, 520 (1972) request this Court construe all legal matters here within in a liberal manner.

## "REQUEST FOR CORRECTION OF SENTENCE"

There is a conflict between the written judgement and the oral pronouncement by the sentencing court. In this Circuit it is well establish that "any conflict between the district court's oral pronouncement at sentencing and its written judgement, the oral sentence controls," See United States v Schneider US App LX 20126 (8th Cir. 1996); United States v Tramp, 30 F.3d 1035, 1037 (8th Cir. 1994); see also, United States v. Mays, 993 F.3d 607, 622 (8th Cir. 2020).

-1-

Case 4:23-cv-00333-HFS   Document 1   Filed 05/15/23   Page 2 of 6

# "DISCUSSION"

On or about April 19, 2022, Renard T. Collier, pled guilty. On July 21, 2022 a sentenceng hearing was set for August 23, 2022 in which it would resolve four objections by Collier which pertained to the "PSR". On August 23, 2022, the sentencing court sustained three out of four objections made by Collier. The sentencing court finally with clear intent that Collier's points were at thirteen. (see the flashdrive) the presentencing report stated that Collier's points were at twenty-six before the sentencing court granted three out of four objections made by Collier. As of this petition date, May 8, 2023 Collier's points is still twenty-six points, therefore the written judgement is conflicted an in error of the clear oral pronouncement of the sentencing court's intent for thirteen criminal history points.

## "CONCLUSION"

Collier, the petitioner, now request that this Court correct and amend the written judgement to thirteen points in accordance and consistent with the oral pronouncement by the sentencing court so that comformity commands.

Renard T. Collier, pro se
Reg. No. 21983-045
FCI - Memphis
P.O. Box 34550
Memphis, TN 38184

Signed: _Renard Collier_
Dated: _Tue, May 9th 2023_

-3-

Case 4:23-cv-00333-HFS   Document 1   Filed 05/15/23   Page 4 of 6

I declare under penalty of perjury of the laws of the United States that a copy of this 28 U.S.C. 2255 petition has been forward to the following and foregoing is true and correct. Pursuant to 28 U.S.C. 1746


CHARLES EVANS WHITTAKER
U.S. COURTHOUSE
ATTN: CLERK OF COURT
400 East Ninth Street, Room 1510
Kansas City, MO 64106

U.S. Attorney Office
400 E. 9th Street
Suite 5510
Kansas City, MO 64106


Date: 5/9/2023 Sign: _Renard Collier_

Renard T. Collier, pro se
Reg. No. 21893-045
FCI-Memphis
P.O. Box 34550
Memphis, TN 38184

Renard Collier # 21983048
FCI - Memphis
P.O. Box 34550
Memphis, TN 38184

Legal Mail

Charles Evans Whittaker
C. Howard Sachs
US Courthouse
Attn: Clerk of Court
400 East Ninth Street, Room 1510
Kansas City, MO 64106

RECEIVED
2023 MAY 15 PM 1:13
CLERK US DIST COURT
WEST DIST OF MO
KANSAS CITY, MO

MEMPHIS TN 380
10 MAY 2023 PM 1 L